**Opinion issued February 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00588-CV

_____

**GARY AGAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LEO V. AGAN, Appellant**

**v.**

**RICKY ALAN AGAN AND TAMMY LYNN AGAN, Appellees**

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 463,880-401**

---

## MEMORANDUM OPINION

Appellant Gary Agan, as Personal Representative of the Estate of Leo V. Agan, filed an unopposed motion to dismiss this appeal. We grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.